Fernando Parrado
141 W 7th St # 413
Hialeah, FL 33010


October 29, 2013

Re: Case # 4:13-cv-00446-RH-CAS
    Asset Id # 13- USS-000585

To whom it may concern,

I am requesting the property that was seized from me in the amount of $25,100.00. This amount was transferred by me to an account is the USAA Saving Bank Account # 0155656376 for a home I allegedly purchased on ebay. I made two ( 2 ) transaction ; 1. For $700.00 from account # 3161549066 2. For $24,400.00 from account # 3161549066.

I have been a victim of identity theft and have had my world turned upside down. I am requesting if not begging if you can file this in the District Court of Florida. I live in Miami and am unable to travel to Tallahassee, FL.

Please feel free to contact me at 305-608-0913 if you any further questions or comments.


Thank you,

*[signature]*

Fernando Parrado



| FOR GOVERNMENT AGENCY USE ONLY |
| --- |
| DATE CLAIM RECEIVED: |
| |
| CLAIM TIMELY FILED?  Y ☐  N ☐ |

# SEIZED ASSET CLAIM FORM

NAME: Fernando Parrado
ADDRESS: 141 W 7th ST #43
Hialeah, FL 33010
TELEPHONE NO. (305)608-0913

Seizure No.: _____
Case No.: 4:13-CV-00446-RH-CAS
City & State of Seizure: Tallahassee, FL
Asset ID # 13-USS-000585

## PART I

List the items in which you claim an interest. Include sufficient information to identify the items, such as serial numbers, make and model numbers, tail numbers, photographs, and so forth. Additional space is provided on the back of the form. You may attach additional sheets of paper if more space is needed.

1. $700.00 drawn on 4/9/13 from JP Morgan Chase
2. from Acct # 3161549066
3. $24,400.00 drawn on 4/11/13 from JP Morgan Chase
4. from acc # 3161549066
5. _____
6. _____

## PART II

State your interest in each item of property listed above. Please provide any documents that support your claim of interest in these items. Supporting documentation includes titles, registrations, bills of sale, receipts, etc. Additional space is provided on the back of the form. You may attach additional sheets of paper if more space is needed.

I am requesting the property i stated above in part one. I have been a victim of identity theft as I tried to purchase a home on ebay which was fraudulent. Attached you will find a copy of the wire transfers and wire instructions requested by the alleged.

## PART I (continued)

7. _____
8. _____
9. _____
10. _____
11. _____
12. _____

## PART II (continued)

_____
_____
_____
_____
_____
_____
_____
_____

## PART III

### ATTESTATION AND OATH

I attest and declare under penalty of perjury that my claim to this property is not frivolous and that the information provided in support of my claim is true and correct, to the best of my knowledge and belief.

*Edward Parrado* — Name (Print)

*[signature]* — Signature

Date: 11/1/2013

Notary Public State of Florida
Eric S Marcus
My Commission EE152017
Expires 12/08/2015

A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER 18 U.S.C. §§ 1001 AND/OR 1621 AND IS PUNISHABLE BY A FINE AND UP TO FIVE YEARS IMPRISONMENT.

Wire Transfer Outgoing Request     CHASE 

## Wire Transfer Sender Information

**Sender Name:** FERNANDO PARRADO

**Account Name:** FERNANDO PARRADO
**Street Address:** 141 W 7TH ST APT 43

**City:** HIALEAH
**State:** FL
**Zip:** 33010-4385
**Country:** USA
**Daytime Phone:** 305-608-0913

**Primary ID Type:** Driver's License
**ID Issuer:** FL
**ID Number:** P630240572230
**ID Issue Date:** 01/01/2009
**ID Exp:** 06/23/2017

**Secondary ID Type:**
**ID Issuer:**
**ID Number:**
**ID Issue Date:**
**ID Exp:**

**Authentication Method:**
**Request Method:** Walk-in
**Comments:**

**Callback Performed by (Employee Signature):**
**Caller (Employee) Phone number:**

**Callback made to:**
**Callback Phone #:**
**Callback Date:**
**Callback Time:**

## Wire Transfer Information

**Request Date:** 04/11/2013
**Request time:** 09:10:52AM Eastern time
**Effective date:** 04/11/2013
**Wire Type:** Domestic

**Debit Account #:** 3161549066
**Debit Account Type:** TOTAL CHECKING
**Available balance:** $25,242.08
**Wire Amount (US dollars):** $24,400.00

**Qualifying Account #:**
**Qualifying Account Type:**
**Source of funds:** Checking
**Wire Fee:** $30.00

**Currency type to be sent:** US Dollars
**Exchange rate:** N/A
**Foreign currency amount:** N/A
**Amount to Collect (USD):** $24,430.00

**FX Contract Number:**

## Recipient Account Information

**Account Name:** Ann Johnson

**Street Address:**
**Account Number:** 155656376
**City:**
**State:**
**Zip:**
**Country:**

**Text to Recipient:** Reference # 12-7421-FL1 5707 Cypress Circle Tallahasse fl 32303

## Receiving Bank Information

**Bank Name:** USAA Federal Savings Bank

**Street Address:** 10750 MCDERMOTT FRWY
**Bank ABA/SWIFT Code:** 314074269
**City:** SAN ANTONIO
**State:** TX
**Zip:** 78288-0544
**Country:** USA

**Intermediary Bank Name:**

**Street Address:**
**Intermediary Bank ABA:**
**City:**
**State:**
**Zip:**
**Country:**

**Text to Receiving Bank:**



Page 1 of 2 

| Sender Name: FERNANDO PARRADO | | | |
|---|---|---|---|
| Request Date: 04/11/2013 | Request time: 09:10:52AM Eastern time | | Effective date: 04/11/2013 |
| Currency type to be sent: US Dollars | Exchange rate (if applicable): N/A | Wire amount to be sent: $24,400.00 | Amount to collect (USD): $24,430.00 |

## Terms and Conditions

The undersigned confirms to JPMorgan Chase Bank, N.A. (the "Bank") that: it has purchased the funds transfer described in this document; it has received and reviewed the Bank's current fee schedule; and it agrees that the funds transfer is made subject to the following Terms and Conditions. The Bank may reject any transfer in the Bank's sole discretion at any time prior to final acceptance of the transfer by recipient's bank. The Bank will notify you if a transfer is rejected and will advise you as soon as is reasonably possible after it becomes aware of the rejection. The notice or advice shall be deemed commercially reasonable if given electronically, orally, by telephone, facsimile transmission, first class mail or private delivery service. This transfer will be processed within the Bank's established cut-off hours. The Customer acknowledges that the Bank and the recipient's bank may rely solely on an identifying or account number to designate the receiving bank and the owners of the accounts to be credited, whether or not the name of the recipient or receiving bank matches the identifying number or account number. The Bank reserves the right to execute the funds transfer through any intermediary bank which the Bank deems reasonable. The Customer authorizes the Bank and any intermediary bank in the transaction to deduct processing fees and, if applicable, exchange fees from the amount of the funds transfer. If this transfer is in a foreign currency, and funds are returned because, for any reason, payment cannot be made, the Bank's liability will be limited to the New York currency exchange market value rate at the time refund is made, less charges taken by any correspondent banks. The Bank operates within the guidelines established by the Treasury's Office of Foreign Assets Control (OFAC) imposing economic sanctions against target hostile foreign countries and entities. Under penalty of Federal Law, the Bank is obligated to block transactions where any party is included on one of OFAC's lists of designates. Proceeds from blocked transactions must be held until such entity is removed from the list or upon special permission from OFAC. The Bank will not be liable to you for any amount other than as specifically required by Article 4A of the Uniform Commercial Code. You agree to indemnify Bank and its agents and employees against any claims, losses, costs, expenses, and damages of any kind (other than claims arising from the Bank's gross negligence or willful misconduct), asserted against on incurred by the Bank directly or indirectly relating to this transaction.

Customer Notice: The Bank may record, store, and use all telephone conversations.

| Customer Signature: | Date: |
|---|---|

## Branch / Department Information

| Initiated by: VINCENT CHAVEZ / V176317 | | | |
|---|---|---|---|
| Initiating Branch/Department: East Hialeah - 744837 | | Phone #: 305-863-7481 | Wire Transfer ☐ Released ☐ Declined |
| Released/Declined by: | | | |
| Releasing Branch/Dept (if different than Initiating): | | Releasor Signature: | Date: |
| Decline Reason: | Comments: | | |
| Approving Manager (wire amount over limit): | Method of Approval (attach required supporting documentation) ☐ Phone call ☐ Email ☐ Other (explain) | | |

## Wire Tracking Information

| CA Confirmation Number 16403549679-0001 | Transaction Reference Number (TRN), if available |
|---|---|
| FED Reference Number, if available | Rapid Cash® Number |




# Wire Transfer Outgoing Request

**CHASE**

## Wire Transfer Sender Information

| Sender Name: FERNANDO PARRADO | | | | |
|---|---|---|---|---|
| Account Name: FERNANDO PARRADO | | Street Address: 141 W 7TH ST APT 43 | | |
| City: HIALEAH | State: FL | Zip: 33010-4385 | Country: USA | Daytime Phone: 305-608-0913 |
| Primary ID Type: Driver's License | ID Issuer: FL | ID Number: p630240572230 | ID Issue Date: 01/01/2009 | ID Exp: 06/23/2017 |
| Secondary ID Type: | ID Issuer: | ID Number: | ID Issue Date: | ID Exp: |
| Authentication Method: | Request Method: Walk-in | Comments: | | |
| Callback Performed by (Employee Signature): | Caller (Employee) Phone number: | | | |
| Callback made to: | Callback Phone #: | Callback Date: | Callback Time: | |

## Wire Transfer Information

| Request Date: 04/09/2013 | Request time: 10:07:45AM Eastern time | Effective date: 04/09/2013 | Wire Type: Domestic |
|---|---|---|---|
| Debit Account #: 3161549066 | Debit Account Type: TOTAL CHECKING | Available balance: $25,972.08 | Wire Amount (US dollars): $700.00 |
| Qualifying Account #: | Qualifying Account Type: | Source of funds: Checking | Wire Fee: $30.00 |
| Currency type to be sent: US Dollars | Exchange rate: N/A | Foreign currency amount: N/A | Amount to Collect (USD): $730.00 |
| FX Contract Number: | | | |

## Recipient Account Information

| Account Name: ann johnson | | | | |
|---|---|---|---|---|
| Street Address: | | Account Number: 155656376 | | |
| | | City: | State: | Zip: | Country: |
| Text to Recipient: Reference 12-7421-FL1 | | | | |

## Receiving Bank Information

| Bank Name: USAA Federal Savings Bank | | | | |
|---|---|---|---|---|
| Street Address: 10750 MCDERMOTT FRWY | | Bank ABA/SWIFT Code: 314074269 | | |
| | | City: SAN ANTONIO | State: TX | Zip: 78288-0544 | Country: USA |
| Intermediary Bank Name: | | | | |
| Street Address: | | Intermediary Bank ABA: | | |
| | | City: | State: | Zip: | Country: |
| Text to Receiving Bank: | | | | |




Page 1 of 2

| Sender Name: FERNANDO PARRADO | | | |
|---|---|---|---|
| Request Date: 04/09/2013 | Request time: 10:07:45AM Eastern time | | Effective date: 04/09/2013 |
| Currency type to be sent: US Dollars | Exchange rate (if applicable): N/A | Wire amount to be sent: $700.00 | Amount to collect (USD): $730.00 |

## Terms and Conditions

The undersigned confirms to JPMorgan Chase Bank, N.A. (the "Bank") that: it has purchased the funds transfer described in this document; it has received and reviewed the Bank's current fee schedule; and it agrees that the funds transfer is made subject to the following Terms and Conditions. The Bank may reject any transfer in the Bank's sole discretion at any time prior to final acceptance of the transfer by recipient's bank. The Bank will notify you if a transfer is rejected and will advise you as soon as is reasonably possible after it becomes aware of the rejection. The notice or advice shall be deemed commercially reasonable if given electronically, orally, by telephone, facsimile transmission, first class mail or private delivery service. This transfer will be processed within the Bank's established cut-off hours. The Customer acknowledges that the Bank and the recipient's bank may rely solely on an identifying or account number to designate the receiving bank and the owners of the accounts to be credited, whether or not the name of the recipient or receiving bank matches the identifying number or account number. The Bank reserves the right to execute the funds transfer through any intermediary bank which the Bank deems reasonable. The Customer authorizes the Bank and any intermediary bank in the transaction to deduct processing fees and, if applicable, exchange fees from the amount of the funds transfer. If this transfer is in a foreign currency, and funds are returned because, for any reason, payment cannot be made, the Bank's liability will be limited to the New York currency exchange market value rate at the time refund is made, less charges taken by any correspondent banks. The Bank operates within the guidelines established by the Treasury's Office of Foreign Assets Control (OFAC) imposing economic sanctions against target hostile foreign countries and entities. Under penalty of Federal Law, the Bank is obligated to block transactions where any party is included on one of OFAC's lists of designates. Proceeds from blocked transactions must be held until such entity is removed from the list or upon special permission from OFAC. The Bank will not be liable to you for any amount other than as specifically required by Article 4A of the Uniform Commercial Code. You agree to indemnify Bank and its agents and employees against any claims, losses, costs, expenses, and damages of any kind (other than claims arising from the Bank's gross negligence or willful misconduct), asserted against on incurred by the Bank directly or indirectly relating to this transaction.

**Customer Notice: The Bank may record, store, and use all telephone conversations.**

| Customer Signature: | Date: |
|---|---|

## Branch / Department Information

| Initiated by: MELISSA M TARAZONA / V535680 | | | |
|---|---|---|---|
| Initiating Branch/Department: East Hialeah - 744837 | | Phone #: 305-889-1304 | Wire Transfer ☐ Released ☐ Declined |
| Released/Declined by: | | | |
| Releasing Branch/Dept (if different than initiating): | | Releasor Signature: | Date: |
| Decline Reason: | Comments: | | |
| Approving Manager (wire amount over limit): | Method of Approval (attach required supporting documentation) ☐ Phone call ☐ Email ☐ Other (explain) | | |

## Wire Tracking Information

| CA Confirmation Number 1340355559-0001 | Transaction Reference Number (TRN), if available |
|---|---|
| FED Reference Number, if available | Rapid Cash® Number |






# WIRING INSTRUCTIONS

TO:             USAA Federal Savings Bank
                10750 McDermott Freeway
                San Antonio, TX 78288

ABA:            314074269

FOR CREDIT TO:  ANN JOHNSON

ACCOUNT:        155656376

REFERENCE:      12-7421-FL1

Email all correspondence and packages to:
Ann Johnson, PA  *  206-309-4843

annjohnsonpa@live.com

2637 E Atlantic Blvd  # 24815 ,Pompano Beach, FL 33062  ❖  Telephone: 206.309.4843    Fax: 206.309.4843